IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARLA ZASTROW,
REBECCA BOE, and
REGINA LEE,

        Plaintiffs,

v.

                              Case No. 09-cv-484

LARRY TAFT,
in his individual capacity,

        Defendant.

---

## ENTRY OF DEFAULT

Plaintiff requests that the Clerk of Court enter default against defendant Larry Taft pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear plead or otherwise defend, the default of defendant Larry Taft is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 12th day of November, 2009.

                                                PETER OPPENEER
                                                Clerk of Court