IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CARLA ZASTROW,
REBECCA BOE, and
REGINA LEE,

                                                                 ORDER

                    Plaintiffs,

                                                                09-cv-484-bbc

       v.

LARRY TAFT,
in his individual capacity,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Default having been entered against defendant by the clerk of court, a hearing will be held at 8:30 am, Friday, December 18, 2009, to determine what damages, if any, to award to plaintiffs. Plaintiffs may proceed by way of live testimony or affidavits, in addition to relevant written documents.

      Entered this 8th day of December, 2009.

                                          BY THE COURT:

                                          /s/

                                          BARBARA B. CRABB
                                          District Judge

2

Case: 3:09-cv-00484-bbc Document #: 16 Filed: 12/08/09 Page 2 of 2