IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLA ZASTROW, REBECCA BOE and
REGINA LEE,

    Plaintiffs,

v.

LARRY TAFT, in his individual capacity,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-484-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff's Carla Zastrow and Rebecca Boe in the amount of $100,000 for compensatory damages and $50,000 for punitive damages and in favor of plaintiff Regina Lee in the amount of $10,000 for compensatory damages and $50,000 for punitive damages.

Approved as to form this 14th day of January, 2010.

_Barbara B. Crabb_
BARBARA B. CRABB,
DISTRICT JUDGE

_Peter Oppeneer_     1/15/10
Peter Oppeneer, Clerk of Court     Date